John J. Nelson (SBN 317598)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
402 W. Broadway, Suite 1760
San Diego, California 92101
Tel.:   (858) 209-6941
jnelson@milberg.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASHAWN WILLIAMS and DEVON HOLMES, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>GOOGLE, LLC,<br><br>     Defendant. | Case No.  3:23-cv-03685-JD |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Dashawn Williams and Devon Holmes, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismiss this action against Defendant Google, LLC, without prejudice.

DATED:  September 28, 2023  Respectfully submitted,

          */s/ John Nelson*
          John J. Nelson (SBN 317598)
          MILBERG COLEMAN BRYSON
          PHILLIPS GROSSMAN, PLLC
          402 W Broadway, Suite 1760
          San Diego, California 92101
          Tel.:   (858) 209-6941
          jnelson@milberg.com

          *Attorneys for Plaintiff and the Classes*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 28, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ John Nelson*
John J. Nelson

NOTICE OF VOLUNTARY
DISMISSAL               - 2 -